**Order entered February 11, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00017-CR

### RICARDO BELTRAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-56077-M**

## ORDER

Because the clerk's record in the above appeal did not contain the trial court's charge to the jury on guilt/innocence, we ordered Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record with said charge. On January 28, 2019, the deputy district clerk Regina Taylor notified the Court that she had contacted the court coordinator about the missing jury charge and, to date, had not received any response.

Because the rules of appellate procedure specifically provide that the clerk's record "must include" the court's charge, TEX. R. APP. P. 34.5(a)(5), we **ORDER** the trial court to hold a hearing to determine the status of the trial court's jury charge on guilt/innocence. Specifically, the trial court shall determine:

- Whether the trial court's charge to the jury on guilt/innocence has been lost or destroyed;

- If the charge to the jury on guilt/innocence has been lost or destroyed, whether the parties can agree on a copy that accurately duplicates with reasonable certainty the original jury charge.

If the parties cannot agree on a copy, the trial court must then determine what constitutes an accurate copy of the charge to the jury on guilt/innocence and order that it be included in a supplemental clerk's record to this Court. TEX. R. APP. P. 34.5(e).

We **ORDER** the trial court to transmit a record containing its written findings of fact, any orders, and any supporting documentation to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Lawrence Stokes, court coordinator, 194th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Regina Taylor, Dallas County Deputy District Clerk; and to counsel for all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal shall be reinstated in thirty days or when we receive the supplemental record containing the trial court's findings of fact, whichever occurs first.

/s/     CORY L. CARLYLE
JUSTICE